**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE: 1:22-cv-21021 JEM

JUAN CARLOS GIL,

      Plaintiff,

v.

PACHECO GROUP LLC, BARBECUE 58 -
PINECREST, LLC, VCVS ENTERPRISE
LLC and MACONDO DORAL, INC.,

      Defendants.

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff, JUAN CARLOS GIL, and Defendant PACHECO GROUP LLC., hereby advise

the Court that the parties have reached an agreement in principle to settle the instant case pending

execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action

with prejudice once the settlement agreement is executed, which they reasonably expect to do no

later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully

request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this July 18, 2022.


/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553- 3464
Email: ajperez@lawgmp.com
*Counsel for Plaintiff*

/s/ *Javier Baños Machado*
JAVIER BAÑOS MACHADO
Florida Bar No. 25706
LAW SERVICES CENTER PLLC
3006 Aviation Avenue, Ste 3A
Coconut Grove, FL 33133
Telephone: (305) 519-5581
Email:  Javierb@banoslawfirm.com
*Counsel for Defendant Pacheco Group LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to

all counsel of record on this July 18, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By:  */s/ Anthony J. Perez*
    ANTHONY J. PEREZ

2