UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-21021-CIV-MARTINEZ

JUAN CARLOS GIL,

    Plaintiff,

v.

PACHECO GROUP LLC, BARBECUE 58 -
PINECREST, LLC, VCVS ENTERPRISE
LLC and MACONDO DORAL, INC.,

    Defendants.
_____/

## ORDER ON STIPULATIONS OF DISMISSAL AND NOTICES OF SETTLEMENT

**THIS CAUSE** came before the Court on the Joint Stipulations of Dismissal with Prejudice as to Defendant Macondo Doral, Inc., (ECF No. 41), and as to Defendant Barbecue 58 – Pinecrest, LLC (ECF No. 40) (together, the "Stipulations of Dismissal"); and the Notices of Settlement as to Defendant Pacheco Group, LLC, (ECF No. 46), and Defendant VCVS Enterprise LLC, (ECF No. 44). It is hereby **ORDERED AND ADJUDGED** that

    1.    The Stipulations of Dismissal, (ECF Nos. 41 & 40), are procedurally defectively because they are not "signed by all parties who have appeared." *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Stipulations of Dismissal, (ECF Nos. 41 & 40), are **STRICKEN**.

    2.    The parties shall file a Stipulation of Dismissal signed by all parties who have appeared in this action, which must be filed with the Clerk of the Court; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before August 18, 2022**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

      3.      If the parties fail to comply with this Order, the Court shall dismiss this case without prejudice and without any further warning.

      4.      The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

      5.      The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.  This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of July, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record